# EXHIBIT C


2026-01-06 02:00:20 -0500
AXON FLEET 3 F X687M7N6S
Ready to Navigate