# EXHIBIT D


2026-01-06 02:01:58 -0500
AXON FLEET 3 F X685L2562