# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Washtenaw County Sheriff's Office, "Subject Control/Use of Force" (3.04 GO) |
| Exhibit B | Still Frame: 1:55 a.m., van stops beside deputy in roadway |
| Exhibit C | In-car video, 2:00 a.m., Dollar General parking lot, Ecorse Road (40 seconds of 4:43:49 combined in-car video)<br>Dash camera footage can be found here: https://bit.ly/4v0Noeh |
| Exhibit D | In-car video, about 2:01 a.m., second white van passes the pursuit (11 seconds of 5:55:06 combined in-car video)<br>Dash camera footage: https://bit.ly/4v0mNOm |
| Exhibit E | In-car video (Cuso), 2:02–2:04 a.m., Ypsilanti Police units directed to fall back. (22 seconds of a 4:08:30 video)<br>Dash camera footage can be found here: https://bit.ly/4rj1ree |
| Exhibit F | In-car video, K-9 patrol vehicle (Defendant Gombos), the ramming, 2:05:21 a.m. (16 seconds of a 34:32 video)<br>Dash camera footage can be found here: https://bit.ly/3Tb6PmS |
| Exhibit G | Body-worn camera video, Defendant Cuso stabbing the van's tire, 2:05 a.m. (21 seconds of a 30:45 video)<br>Footage can be found here: https://bit.ly/4yIcuQB |
| Exhibit H | Washtenaw County Sheriff's Office, de-escalation policy |
| Exhibit I | Washtenaw County Sheriff's Office, "Vehicle Pursuits" (3.05 RR) |
| Exhibit J | In-car video, patrol vehicle 74 (Defendants Cuso and Bechtol), PIT maneuver, rollover, approach, shooting and retreat (1:14 of a 4:08:30 video)<br>Dash camera footage can be found here: https://bit.ly/4AhGyE9 |
| Exhibit K | Animal-clinic surveillance video, Prospect Street, 2:06:39–2:07:18 a.m. (39 seconds of a 1:59:59 video)<br>Security footage can be found here: https://bit.ly/4ipLFfb |
| Exhibit L | Still frame: overturned van before shots fired (windshield intact) |
| Exhibit M | Still frame: overturned van after shots fired (windshield perforated) |

| | |
|---|---|
| Exhibit N | Michigan State Police scale diagrams, Spl/Sgt. Gregory Kamp, Report No. 01-010-26 (three sheets) |
| Exhibit O | Wound-trajectory chart prepared from Michigan Medicine Autopsy Report AU-26-18 |
| Exhibit P | Body-worn camera and in-car video, 2:07–2:27 a.m., movement and cries for help from the van (5:22 of combined 4:30:48 body camera and in-car video)<br>Footage can be found here: https://bit.ly/4hxaXai |
| Exhibit Q | In-car video, 3:57 a.m., SWAT approach to the van (4:13 of a 4:08:30 video)<br>Dash camera footage can be found here: https://bit.ly/4xZjR67 |