**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

ESTATE OF JOHN JENUWINE, deceased, by LARRY JENUWINE, Personal Representative,

Plaintiff,

vs.

WASHTENAW COUNTY; DEPUTY JACOB CUSO, individually; DEPUTY VON HEATH, individually; DEPUTY GABRIEL BECHTOL, individually; DEPUTY JACOB GOMBOS, individually; DEPUTY JONATHAN EARLEY, individually; SERGEANT THOMAS PENNINGTON, individually; DEPUTY BRYAN TRIPP, individually; and SERGEANT SAMUEL WALLACE, individually,

Defendants.

_______________________________________/

Case No. 2:26-cv-11937-MFL-APP

Hon. Matthew F. Leitman

Mag. Judge Anthony P. Patti

**FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

**Exhibit D**

**(In-car video, about 2:01 a.m., second white van passes the pursuit)**