**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

| | |
|---|---|
| ESTATE OF JOHN JENUWINE, deceased, by LARRY JENUWINE, Personal Representative,<br><br>Plaintiff,<br><br>vs.<br><br>WASHTENAW COUNTY; DEPUTY JACOB CUSO, individually; DEPUTY VON HEATH, individually; DEPUTY GABRIEL BECHTOL, individually; DEPUTY JACOB GOMBOS, individually; DEPUTY JONATHAN EARLEY, individually; SERGEANT THOMAS PENNINGTON, individually; DEPUTY BRYAN TRIPP, individually; and SERGEANT SAMUEL WALLACE, individually,<br><br>Defendants.<br>_______________________________________/ | Case No. 2:26-cv-11937-MFL-APP<br><br>Hon. Matthew F. Leitman<br><br>Mag. Judge Anthony P. Patti |

**FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

**Exhibit K**

**(Animal-clinic surveillance video, Prospect Street, 2:06:39–2:07:18 a.m.)**