01-010-26


0
30 ft
N
27
26
23
24
25
Hole
out
Holes
Hole
Under
vehicle
WCSO-74
WCSO-73