# ESTATE OF JOHN JENUWINE v. WASHTENAW COUNTY, et al.

## Autopsy Wound Trajectory Summary

| # | Entrance (autopsy label, height) | Exit / terminus | Projectile recovered | Direction (normal anatomic position) | Injury / autopsy note | What the trajectory implies about position (analysis) |
|---|---|---|---|---|---|---|
| 1 | Left upper chest (A) — 85 cm below top of head, 2.7 cm left of midline | No exit. Deformed partially jacketed bullet recovered from left upper abdomen behind spleen | Yes — near spleen | Front to back, right to left, DOWNWARD | Fatal wound. Left lung hilum & lower lobe, diaphragm, stomach, spleen; 1400 mL left hemothorax, 50 mL hemopericardium. Only downward path. | Shooter above the wound, firing down into the cabin. Consistent with a deputy at the windshield of a van on its side, Jenuwine's torso below the shooter's muzzle. Does not require him to be standing. |
| 2 | Right buttock, lateral (D) — 95 cm above feet | Shored partial exits at right lateral hip (B, 85.5 cm; C, 84.4 cm). Projectile recovered from defect B | Yes — right hip | Back to front, UPWARD | Entered from behind; exit is shored (skin pressed against a hard surface at the moment of exit) — his right hip was against something solid. | Entered the back of his right hip and traveled toward the front and up. A shored exit on the right hip fits a body lying on its right side against the passenger door/floor of the overturned van. |
| 3 | Right knee, posterior (G) — 40 cm above feet | Exit posterior distal right thigh (F, 42.5 cm); re-entry posteromedial right thigh (E, 45.6 cm); no final exit. Fragmented projectile recovered from right thigh | Yes — right thigh | Back to front, right to left, UPWARD | One round entered behind the knee and traveled up the length of the leg. | Shooter was behind and below the knee relative to the leg axis — i.e., the leg was extended toward the shooter with its back surface exposed. Not a standing, facing posture. |
| 4 | Right groin / perineum (H) — 70 cm above feet | No exit. Deformed partially jacketed projectile recovered from right kidney | Yes — right kidney | UPWARD | Fractured right pelvis; perforated bladder, right external iliac vein, right psoas; penetrated right kidney. | Entered from below through the perineum and traveled straight up the body. Requires the crotch to be presented toward the muzzle — legs toward the shooter, body lower than or level with the gun. |
| 5 | Right thigh, medial (J) — 47.3 cm above feet | Exit right thigh anterior (I, 56.5 cm) | No (see note) | Back to front, left to right, UPWARD | Through-and-through of the thigh. | Inner thigh entrance, front exit, upward — consistent with legs toward the shooter and slightly apart. |
| 6 | Left thigh, medial (L) — 48.5 cm above feet | Exit left thigh anterior (K, 75 cm) | No (see note) | Back to front, right to left, UPWARD | Through-and-through; travels ~27 cm up the thigh. | Same geometry as wound 5, mirrored — inner left thigh to front of thigh, steeply upward. |
| 7 | Left buttock, inferior (N) — 86.5 cm above feet | Exit left buttock, superior (M, 84 cm) | No (see note) | UPWARD | Short path through buttock soft tissue. | Entered the underside of the left buttock and exited above it — shooter below and behind the buttock. |

**Note on projectiles:** five projectiles/fragments were recovered (chest/spleen, right hip, right thigh, right kidney, and one loose in the underwear that Dr. Wilson attributes to wound path 5, 6 or 7). Wound labels A–N are the pathologist's and do not indicate sequence. Range of fire for every wound: distant/indeterminate (no soot or stippling). Cause of death: multiple gunshot wounds (7 paths). Manner: homicide.