**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

ESTATE OF JOHN JENUWINE, deceased, by LARRY JENUWINE, Personal Representative,

Plaintiff,

vs.

WASHTENAW COUNTY; DEPUTY JACOB CUSO, individually; DEPUTY VON HEATH, individually; DEPUTY GABRIEL BECHTOL, individually; DEPUTY JACOB GOMBOS, individually; DEPUTY JONATHAN EARLEY, individually; SERGEANT THOMAS PENNINGTON, individually; DEPUTY BRYAN TRIPP, individually; and SERGEANT SAMUEL WALLACE, individually,

Defendants.

_______________________________________/

Case No. 2:26-cv-11937-MFL-APP

Hon. Matthew F. Leitman

Mag. Judge Anthony P. Patti

**PLAINTIFF'S INDEX OF MEDIA FILES**

NOW COMES Plaintiff, by and through counsel and Flood Law, PLLC, and pursuant to Rule 6 and Rule 19(c) of the Court's Electronic Filing Policies and Procedures, hereby files this Index of Exhibits in accordance therewith, submitting all media exhibits via the Court's "Media File Upload" portal in CM/ECF, and states as follows:

| Exhibit No. | Description of Exhibit | Main Paper (ECF No. 17) | Transcript Correlation | Timestamp Reference |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| C | In-car video, 2:00 a.m., Dollar General parking lot, Ecorse Road | PageID.213<br>PageID.249 | ECF No. 17-20 | 0:00–0:40<br>0:00–0:40 |
| D | In-car video, about 2:01 a.m., second white van passes the pursuit | PageID.213<br>PageID.249 | ECF No. 17-21 | 0:00–0:11<br>0:00–0:11 |
| E | In-car video [Cuso], 2:02–2:04 a.m., Ypsilanti Police units directed to fall back | PageID.214<br>PageID.249 | ECF No. 17-22 | 0:00–0:22<br>0:00–0:22 |
| F | In-car video, K-9 patrol vehicle [Defendant Gombos], the ramming, 2:05:21 a.m. | PageID.200<br>PageID.215<br>PageID.249<br>PageID.250-251<br>PageID.253 | ECF No. 17-23 | 0:00–0:16<br>0:00–0:16<br>0:00–0:16<br>0:00–0:16<br>0:00–0:16 |
| G | Body-worn camera video, Defendant Cuso stabbing the van's tire, 2:05 a.m. | PageID.215<br>PageID.249 | ECF No. 17-24 | 0:00–0:21<br>0:00–0:21 |
| J | In-car video, patrol vehicle 74 [Defendants Cuso and Bechtol], PIT maneuver, rollover, approach, shooting and retreat | PageID.200<br>PageID.219<br>PageID.220<br>PageID.223<br>PageID.224<br>PageID.236<br>PageID.249<br>PageID.251-252<br>PageID.252-253<br>PageID.253<br>PageID.253 | ECF No. 17-25 | 0:00–1:14<br>0:10–0:17<br>0:17–0:19<br>0:19–0:28<br>1:08–1:14<br>1:08–1:14<br>0:00–1:14<br>0:14–0:17<br>0:17–0:28<br>0:24–1:14<br>0:00–1:14 |
| K | Animal-clinic surveillance video, Prospect Street, | PageID.219<br>PageID.249<br>PageID.252<br>PageID.253 | ECF No. 17-26 | 0:00–0:39<br>0:00–0:39<br>0:06–0:25<br>0:00–0:39 |

| | | | | |
|---|---|---|---|---|
| | 2:06:39–2:07:18 a.m. | | | |
| P | Body-worn camera and in-car video, 2:07–2:27 a.m., movement and cries for help from the van | PageID.201<br>PageID.236-237<br>PageID.237<br>PageID.237<br>PageID.237<br>PageID.238<br>PageID.238<br>PageID.238<br>PageID.239<br>PageID.249 | ECF No. 17-27 | 0:00–5:22<br>0:00–1:51<br>1:53–2:25<br>2:37<br>3:13–3:25<br>3:25–4:13<br>4:13–4:34<br>4:40–5:06<br>5:10–5:22<br>0:00–5:22 |
| Q | In-car video, 3:57 a.m., SWAT approach to the van | PageID.201<br>PageID.241<br>PageID.250 | ECF No. 17-28 | 0:00–4:13<br>0:00–4:13<br>0:00–4:13 |

Respectfully submitted,

**FLOOD LAW, PLLC**

Dated: September 25, 2026

By: */s/ Todd F. Flood*

Todd F. Flood (P58555)
Michael D. Weaver (P43985)
Maura B. Battersby (P79089)
Michael J. Haisha (P89432)
*Attorneys for Plaintiff*
155 W. Congress St., Ste. 350
Detroit, MI 48226
(248) 547-1032
tflood@floodlaw.com
mweaver@floodlaw.com
mbattersby@floodlaw.com
mhaisha@floodlaw.com