**Exhibit C**

STATE OF MICHIGAN

Transcription of EXHIBIT C,
Via Hanson Remote,
By Jessica Shahoud, TEMP CER-16860

**Exhibit C**



Exhibit C:

DASH CAM 1: Slowly rolling to a stop.

DASH CAM 2: All right. Eastbound E Course. --swarming all the cops here on the road.

DASH CAM 3: Only rolling to a stop. All right. Eastbound E Course.

CERTIFICATION

STATE OF MICHIGAN )

COUNTY OF MACOMB )

I certify that this transcript, consisting of 3 pages, is a true, accurate, and verbatim reproduction to the best of my ability of the recording provided to me.

I further certify that I am a disinterested third party and have no financial or personal interest in the outcome of this action.



_______________________________________

Jessica Shahoud TEMP CER 16860

CERTIFIED ELECTRONIC RECORDER

NOTARY PUBLIC

COUNTY OF MACOMB

My commission expires: 10/06/2032

Exhibit C




**-**

**--swarming** 2:4

**1**

**1** 2:2

**2**

**2** 2:3

**3**

**3** 2:5

**C**

**CAM** 2:2,3,5
**cops** 2:4

**D**

**DASH** 2:2,3,5

**E**

**Eastbound** 2:3,6
**Exhibit** 2:1

**R**

**road** 2:4
**rolling** 2:2,5

**S**

**Slowly** 2:2
**stop** 2:2,5