**Exhibit D**

STATE OF MICHIGAN

Transcription of EXHIBIT D,
Via Hanson Remote,
By Jessica Shahoud, TEMP CER-16860

EXHIBIT D:

SPEAKER 1: Still eastbound, speed's 30.

SPEAKER 2: Light traffic, no pedestrians. Light traffic, no pedestrians.

**Exhibit D**



CERTIFICATION

STATE OF MICHIGAN )
COUNTY OF MACOMB )

I certify that this transcript, consisting of 3 pages, is a true, accurate, and verbatim reproduction to the best of my ability of the recording provided to me.

I further certify that I am a disinterested third party and have no financial or personal interest in the outcome of this action.



______________________________________

Jessica Shahoud TEMP CER 16860
CERTIFIED ELECTRONIC RECORDER
NOTARY PUBLIC
COUNTY OF MACOMB
My commission expires: 10/06/2032

Exhibit D




**1**

**1** 2:2

**2**

**2** 2:3

**3**

**30** 2:2

**E**

**eastbound** 2:2
**EXHIBIT** 2:1

**L**

**Light** 2:3

**P**

**pedestrians** 2:3,4

**S**

**SPEAKER** 2:2,3
**speed's** 2:2

**T**

**traffic** 2:3,4