**Exhibit E**

STATE OF MICHIGAN

Transcription of EXHIBIT E,

Via Hanson Remote,

By Jessica Shahoud, TEMP CER-16860

**Exhibit E**



EXHIBIT E:

SPEAKER 1: Traffic, no peds. Pulling into Sunoco. He's probably going to turn around here. Yep, turning around, coming back onto Oaklawn. Southbound Oaklawn. Dude, why are you YPD, please, please stop. Please. Southbound Oaklawn through Auburndale. Speed's 38.

**Exhibit E**



CERTIFICATION

STATE OF MICHIGAN )
COUNTY OF MACOMB )

I certify that this transcript, consisting of 3 pages, is a true, accurate, and verbatim reproduction to the best of my ability of the recording provided to me.

I further certify that I am a disinterested third party and have no financial or personal interest in the outcome of this action.

______________________________________

Jessica Shahoud TEMP CER 16860
CERTIFIED ELECTRONIC RECORDER
NOTARY PUBLIC COUNTY OF MACOMB
My commission expires: 10/06/2032

Exhibit E




**1**

**1** 2:2

**3**

**38** 2:6

**A**

**Auburndale** 2:6

**B**

**back** 2:4

**D**

**Dude** 2:4

**E**

**EXHIBIT** 2:1

**O**

**Oaklawn** 2:4,6

**P**

**peds** 2:2
**Pulling** 2:2

**S**

**Southbound** 2:4,5
**SPEAKER** 2:2
**Speed's** 2:6
**stop** 2:5
**Sunoco** 2:2

**T**

**Traffic** 2:2
**turn** 2:3
**turning** 2:3

**Y**

**YPD** 2:5