**Exhibit G**

STATE OF MICHIGAN

Transcription of EXHIBIT G,
Via Hanson Remote,
By Jessica Shahoud, TEMP CER-16860

**Exhibit G**



EXHIBIT G:

SPEAKER 1: Reversing.

**Exhibit G**



CERTIFICATION

STATE OF MICHIGAN )

COUNTY OF MACOMB )

I certify that this transcript, consisting of 3 pages, is a true, accurate, and verbatim reproduction to the best of my ability of the recording provided to me.

I further certify that I am a disinterested third party and have no financial or personal interest in the outcome of this action.

____________________________________

Jessica Shahoud TEMP CER 16860

CERTIFIED ELECTRONIC RECORDER

NOTARY PUBLIC

COUNTY OF MACOMB

My commission expires: 10/06/2032

**1**

**1** 2:2

**E**

**EXHIBIT** 2:1

**R**

**Reversing** 2:2

**S**

**SPEAKER** 2:2