**Exhibit J**

STATE OF MICHIGAN

Transcription of EXHIBIT J,
Via Hanson Remote,
By Jessica Shahoud, TEMP CER-16860

**Exhibit J**



EXHIBIT J:

SPEAKER 1: And I have one more car. Oh, fuck. He's in the way.

SPEAKER 2: Go north on Prospect, passing Towner.

SPEAKER 1: Oops. Pit, pit, pit, pit. Start H-B-X.

SPEAKER 3: Get him. We're on Prospect and Towner.

SPEAKER 4: Shots fired.

SPEAKER 2: Shots fired. Shots fired,

SPEAKER 3: Shots fired, 207.

SPEAKER 2: Everybody shots fired. Somebody shut down Prospect right there.

SPEAKER 4: Those cars are on Prospect, stay right there. Eyes on him. He's moving around a little bit.

SPEAKER 2: Armed with a shotgun.

SPEAKER 3: With a shotgun.

SPEAKER 4: 10-4. Just for the tape, shots fired by police.

SPEAKER 3: I'm clear on it.

SPEAKER 5: Shooters in on Prospect and Michigan.

SPEAKER 4: 10-4. We're going to keep eyes on it, but we're going to treat it like a barricade at this point.

CERTIFICATION

STATE OF MICHIGAN )

COUNTY OF MACOMB )

I certify that this transcript, consisting of 3 pages, is a true, accurate, and verbatim reproduction to the best of my ability of the recording provided to me.

I further certify that I am a disinterested third party and have no financial or personal interest in the outcome of this action.

_____________________________________

Jessica Shahoud TEMP CER 16860

CERTIFIED ELECTRONIC RECORDER

NOTARY PUBLIC

COUNTY OF MACOMB

My commission expires: 10/06/2032

Exhibit J




**1**

**1** 2:2,5
**10-4** 2:17,21

**2**

**2** 2:4,9,11,15
**207** 2:10

**3**

**3** 2:7,10,16,19

**4**

**4** 2:8,13,17,21

**5**

**5** 2:20

**A**

**Armed** 2:15

**B**

**barricade** 2:22
**bit** 2:14

**C**

**car** 2:2
**cars** 2:13
**clear** 2:19

**E**

**EXHIBIT** 2:1
**eyes** 2:14,21

**F**

**fired** 2:8,9,10,11,17
**fuck** 2:2

**H**

**H-B-X** 2:6

**M**

**Michigan** 2:20
**moving** 2:14

**N**

**north** 2:4

**O**

**Oops** 2:5

**P**

**passing** 2:4
**pit** 2:5
**point** 2:22
**police** 2:18
**Prospect** 2:4,7,12,13,20

**S**

**Shooters** 2:20
**shotgun** 2:15,16
**shots** 2:8,9,10,11,17
**shut** 2:11
**SPEAKER** 2:2,4,5,7,8,9,10,11, 13,15,16,17,19,20,21
**Start** 2:5
**stay** 2:13

**T**

**tape** 2:17
**Towner** 2:4,7
**treat** 2:22