**Exhibit K**

STATE OF MICHIGAN

Transcription of EXHIBIT K,
Via Hanson Remote,
By Jessica Shahoud, TEMP CER-16860

EXHIBIT K:

SPEAKER 1: Go, go, go, go, go!

SPEAKER 2: Go, go, go, go, go!

**Exhibit K**



CERTIFICATION

STATE OF MICHIGAN )

COUNTY OF MACOMB )

I certify that this transcript, consisting of 3 pages, is a true, accurate, and verbatim reproduction to the best of my ability of the recording provided to me.

I further certify that I am a disinterested third party and have no financial or personal interest in the outcome of this action.



______________________________________

Jessica Shahoud TEMP CER 16860

CERTIFIED ELECTRONIC RECORDER

NOTARY PUBLIC

COUNTY OF MACOMB

My commission expires: 10/06/2032

Exhibit K




**1**

**1** 2:2

**2**

**2** 2:3

**E**

**EXHIBIT** 2:1

**S**

**SPEAKER** 2:2,3