**Exhibit P**

STATE OF MICHIGAN

Transcription of EXHIBIT P,
Via Hanson Remote,
By Jessica Shahoud, TEMP CER-16860

**Exhibit P**



SPEAKER 1: Where's he at?

SPEAKER 2: He's -- he's in the back. He's barely moving.

SPEAKER 3: (in the background) -- the barracades. [muffled shouting] -- to the barricade.

SPEAKER 2: He's still moving a little bit.

SPEAKER 4 (RADIO): -- we're going to keep our eyes on it but we're going to treat it like a barricade at this point.

(VIDEO SPED FORWARD)

SPEAKER 1: We got no cover. He's in the car armed with a shotgun. He's on the ground, still kind of moving.

SPEAKER 5 (RADIO): Anybody aware if he was hit by the shots?

SPEAKER 1: Yeah, yeah.

SPEAKER 2: Yeah, probably.

SPEAKER 1: He's still moving. There's his arm.

SPEAKER 3: Watch it.

(VIDEO SPED FORWARD)

SPEAKER 6: Everybody good?

SPEAKER 1: Yeah, we're good.

SPEAKER 6: Good work, fellas.

SPEAKER 3: Deep breaths. Deep breaths.

SPEAKER 6: Deep breaths. We're -- we're downhill now.

**Exhibit P**



(VIDEO SPED FORWARD)

SPEAKER 1: Probably going on about three minutes now with no movement. Just for the tape.

(VIDEO SPED FORWARD)

SPEAKER 1: He's moving again. Moving again.

UNKNOWN SPEAKER: I'm going to request Ann Arbor come take --

SPEAKER 1: Hang on.

UNKNOWN SPEAKER: -- one, one, one, one.

SPEAKER 1: He's yelling.

SPEAKER 6: What'd you say? Someone shot the --

SPEAKER 2: I don't know. He's yelling and hitting the ground.

SPEAKER 1: Okay, so that's his feet.

SPEAKER 2: Yeah.

SPEAKER 1: That's two feet. So, his head's at the back. His head's at the back end. Turn your radio down.

UNKNOWN SPEAKER: He' turned around there.

SPEAKER 1: Yep.

SPEAKER 1: 7:26. He's kicking around inside the vehicle right now.

[Person screaming from van]

(VIDEO SPED FORWARD)

[Person screaming from van]

SPEAKER 2: Yeah he's injured.

SPEAKER 1: Mm-hmm. Focus on shotgun.
SPEAKER 2: Where is it?
SUSPECT: Help.
SPEAKER 1: No idea.
SPEAKER 2: I don't see it.
SPEAKER 1: I think it fell to the ground when he fell.
SUSPECT: Help.
speaker 1: Unknown.
SUSPECT: Help.
(VIDEO SPED FORWARD)
SUSPECT: Help.
SPEAKER 1: I am if somebody wants to relieve.
SPEAKER 6: Yeah, we'll worry about that later.
UNKNOWN SPEAKER: Let me relieve you at least for now until we --
SPEAKER 1: Okay.
SPEAKER 5: Who else we got from CNT here?
CNT: I'm the only CNT on.
SPEAKER 5: You're the only one?
CNT: Yeah.
SPEAKER 5: All right. Um --
(VIDEO SPED UP)
SPEAKER 5: Yeah, there's nothing we can do to move at this point, fellas. Um, not without further endangerment.

**Exhibit P**



Have we seen any movement at all?
SPEAKER 1: Yeah, oh yeah. He's kicking his feet.
SPEAKER 5: All right. So, and then, just for the tape, I have two double-37s.
SPEAKER 7: Subject in the white van, this is the Washtenaw County Negotiations Team in the Sheriff's Office. I need you to put your hands up so we can see both hands. Do it now.
(VIDEO SPED FORWARD)
SPEAKER 7: Subject in the white van, if you need medical assistance, yell out to us now.
SPEAKER 1: He's yelling. Movement. I think he's -- he's getting up? He's trying. He's trying to get up.
SPEAKER 2: Get up. Yelled. That's what he said.
SPEAKER 7: Keep your hands empty while you move. Keep both hands empty.
SPEAKER 2: Do you guys hear anything?
SPEAKER 1: I heard him yell, but I didn't hear what it was. Yeah, I heard him yell. I couldn't -- I couldn't discern either.
SPEAKER 7: Subject in the white van, if you have a cell phone, call into 911 right now. Do not move your hands anywhere other than to call 911.
(VIDEO SPED FORWARD)
SPEAKER 7: Subject in the van, put both hands

**Exhibit P**



straight up. If you cannot do that right now, start kicking your feet.

SPEAKER 1: He just moved. Yeah, he's -- he's not moving on his commands, but he's just moving. No. Nah, just flop-flopping his legs.

SPEAKER 1: He keeps rotating -- like turning right. turning left.

SPEAKER 7: So, the easiest way to communicate with you right now is going to be with you listening to my commands.

(VIDEO SPED FORWARD)

SPEAKER 7: If you cannot move your hands, kick your feet.

SPEAKER 1: Legs are shook a little bit, but no movement. Yeah.

CERTIFICATION

STATE OF MICHIGAN )

COUNTY OF MACOMB )

I certify that this transcript, consisting of 7 pages, is a true, accurate, and verbatim reproduction to the best of my ability of the recording provided to me.

I further certify that I am a disinterested third party and have no financial or personal interest in the outcome of this action.

______________________________________

Jessica Shahoud TEMP CER 16860

CERTIFIED ELECTRONIC RECORDER

NOTARY PUBLIC

COUNTY OF MACOMB

My commission expires: 10/06/2032

Exhibit P




**1**

**1** 2:1,11,15,17,21 3:2,5,8,10, 14,16,19,20 4:1,4,6,9,13,17 5:2,12,18 6:3,6,14

**2**

**2** 2:2,6,16 3:12,15,25 4:2,5 5:14,17

**3**

**3** 2:4,18,23

**4**

**4** 2:7

**5**

**5** 2:13 4:18,20,22,24 5:3

**6**

**6** 2:20,22,24 3:11 4:14

**7**

**7** 5:5,10,15,21,25 6:8,12

**7:26** 3:20

**9**

**911** 5:22,23

**A**

**Ann** 3:6

**Arbor** 3:6

**arm** 2:17

**armed** 2:11

**assistance** 5:11

**aware** 2:13

**B**

**back** 2:2 3:17

**background** 2:4

**barely** 2:2

**barracades** 2:4

**barricade** 2:5,8

**bit** 2:6 6:14

**breaths** 2:23,24

**C**

**call** 5:22,23

**car** 2:11

**cell** 5:22

**CNT** 4:18,19,21

**commands** 6:4,10

**communicate** 6:8

**County** 5:6

**cover** 2:11

**D**

**Deep** 2:23,24

**discern** 5:20

**double-37s** 5:4

**downhill** 2:24

**E**

**easiest** 6:8

**empty** 5:15,16

**end** 3:17

**endangerment** 4:25

**eyes** 2:7

**F**

**feet** 3:14,16 5:2 6:2,13

**fell** 4:6,7

**fellas** 2:22 4:25

**flop-flopping** 6:5

**Focus** 4:1

**FORWARD** 2:10,19 3:1,4,23 4:11 5:9,24 6:11

**G**

**good** 2:20,21,22

**ground** 2:12 3:13 4:6

**guys** 5:17

**H**

**hands** 5:7,15,16,22,25 6:12

**Hang** 3:8

**He'** 3:18

**head's** 3:16,17

**hear** 5:17,18

**heard** 5:18,19

**hit** 2:13

**hitting** 3:12

**I**

**idea** 4:4

**injured** 3:25

**inside** 3:20

**K**

**kick** 6:12

**kicking** 3:20 5:2 6:1

**kind** 2:12

Exhibit P




**L**

**left** 6:7
**legs** 6:5,14
**listening** 6:9

**M**

**medical** 5:11
**minutes** 3:2
**Mm-hmm** 4:1
**move** 4:24 5:15,22 6:12
**moved** 6:3
**movement** 3:3 5:1,12 6:15
**moving** 2:3,6,12,17 3:5 6:4
**muffled** 2:5

**N**

**Nah** 6:4
**Negotiations** 5:6

**O**

**Office** 5:6

**P**

**Person** 3:22,24
**phone** 5:22
**point** 2:9 4:25
**put** 5:7,25

**R**

**radio** 2:7,13 3:17
**relieve** 4:13,15
**request** 3:6
**rotating** 6:6

**S**

**screaming** 3:22,24
**Sheriff's** 5:6
**shook** 6:14
**shot** 3:11
**shotgun** 2:12 4:1
**shots** 2:14
**shouting** 2:5
**speaker** 2:1,2,4,6,7,11,13,15, 16,17,18,20,21,22,23,24 3:2, 5,6,8,9,10,11,12,14,15,16,18, 19,20,25 4:1,2,4,5,6,9,13,14, 15,17,18,20,22,24 5:2,3,5,10, 12,14,15,17,18,21,25 6:3,6,8, 12,14
**SPED** 2:10,19 3:1,4,23 4:11,23 5:9,24 6:11
**start** 6:1
**straight** 6:1
**Subject** 5:5,10,21,25
**SUSPECT** 4:3,8,10,12

**T**

**tape** 3:3 5:4
**Team** 5:6
**treat** 2:8
**Turn** 3:17
**turned** 3:18
**turning** 6:6,7

**U**

**Unknown** 3:6,9,18 4:9,15

**V**

**van** 3:22,24 5:5,10,21,25
**vehicle** 3:21
**VIDEO** 2:10,19 3:1,4,23 4:11, 23 5:9,24 6:11

**W**

**Washtenaw** 5:6
**Watch** 2:18
**What'd** 3:11
**white** 5:5,10,21
**work** 2:22
**worry** 4:14

**Y**

**yell** 5:11,18,19
**Yelled** 5:14
**yelling** 3:10,12 5:12