**Exhibit Q**

STATE OF MICHIGAN

Transcription of EXHIBIT Q,
Via Hanson Remote,
By Jessica Shahoud, TEMP CER-16860

EXHIBIT Q:

SPEAKER 1: All right, I'm on Sorry, I'm back here.

SPEAKER 2: All right, if you could just push up on the control stage.

SPEAKER 1: Brand Logan.

SPEAKER 2: Yeah, they need to make some more --

SPEAKER 1: Uh, not this time, but I'll need one of you to do a check on this white car --

SPEAKER 2: Okay, just let me know when you're ready to go.

SPEAKER 1: So, there's a white plastic --

SPEAKER 2: Got it.

SPEAKER 1: So, do you want to take pictures of the front of the vehicle?

SPEAKER 2: Yeah, let's do it.

SPEAKER 1: Okay, let's do it.

**Exhibit Q**



CERTIFICATION

STATE OF MICHIGAN )
COUNTY OF MACOMB )

I certify that this transcript, consisting of 3 pages, is a true, accurate, and verbatim reproduction to the best of my ability of the recording provided to me.

I further certify that I am a disinterested third party and have no financial or personal interest in the outcome of this action.

_____________________________________

Jessica Shahoud TEMP CER 16860
CERTIFIED ELECTRONIC RECORDER
NOTARY PUBLIC
COUNTY OF MACOMB
My commission expires: 10/06/2032

**Exhibit Q**



**1**

**1** 2:2,5,7,11,13,16

**2**

**2** 2:3,6,9,12,15

**B**

**back** 2:2
**Brand** 2:5

**C**

**car** 2:8
**check** 2:8
**control** 2:4

**E**

**EXHIBIT** 2:1

**F**

**front** 2:14

**L**

**Logan** 2:5

**M**

**make** 2:6

**P**

**pictures** 2:13
**plastic** 2:11
**push** 2:3

**R**

**ready** 2:10

**S**

**SPEAKER** 2:2,3,5,6,7,9,11,12,13,15,16
**stage** 2:4

**T**

**time** 2:7

**V**

**vehicle** 2:14

**W**

**white** 2:8,11