**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LARRY JENUWINE, as Personal
Representative of Estate of John Jenuwine,

Plaintiff,

Case No. 26-cv-11937
Hon. Matthew F. Leitman

v.

COUNTY OF WASHTENAW, et al.,

Defendants.
_____________________________________/

**STIPULATED ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter having come before the Court and the Court being otherwise advised in the premises;

WHEREAS, Plaintiff filed his Complaint as to Deputy Jacob Gombos and Deputy Jonathan Earley on June 10, 2026;

WHEREAS, Defendant, Washtenaw County was served with Plaintiff's Complaint on June 23, 2026;

WHEREAS, counsel for the parties have agreed to provide Defendants until November 13, 2026, to respond to the Complaint because counsel requires additional time to review the allegations and prepare a response;

WHEREAS, no party will be prejudiced, and this is the third request for an extension of this deadline;

IT IS THEREFORE ORDERED that the deadline for Defendants to file their respective answers to Plaintiff's Complaint is extended from September 18, 2026 to November 13, 2026.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 7, 2026

So stipulated and agreed: October 6, 2026

| | |
|---|---|
| By: *s/Todd F. Flood w/ permission*<br>Todd F. Flood (P58555)<br>Michael D. Weaver (P43985)<br>Maura B. Battersby (P79089)<br>FLOOD LAW, PLLC<br>Attorneys for Plaintiff<br>155 W. Congress, Suite 350<br>Detroit, MI 48226<br>(248) 547-1032<br>tflood@floodlaw.com<br>mweaver@floodlaw.com<br>mbattersby@floodlaw.com | By:*/s/Sunita Doddamani*<br>Sunita Doddamani (P67459)<br>Erin K. Lane (P75822)<br>MILLER JOHNSON<br>Attorneys for Defendant Washtenaw County<br>500 Woodward Avenue, Ste. 3600<br>Detroit, MI 48226<br>313-566-4904<br>doddamanis@millerjohnson.com<br>lanee@millerjohnson.com |