UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF JOHN JENUWINE, deceased, by LARRY JENUWINE, Personal Representative,

Plaintiff,

v.

WASHTENAW COUNTY, DEPUTY JACOB CUSO, individually; DEPUTY VON HEATH, individually; DEPUTY GABRIEL BECHTOL, individually; DEPUTY JACOB GOMBOS, individually; DEPUTY JONATHAN EARLEY, individually; SERGEANT THOMAS PENNINGTON, individually; DEPUTY BRYAN TRIPP, individually; and SERGEANT SAMUEL WALLACE, individually,

Defendants.

Case No. 5:26-cv-11937

Hon. Matthew F. Leitman

---

**INDEX OF EXHIBITS TO MOTION TO DISMISS**

| Exhibit | Document Title |
|---|---|
| 1 | Deputy Heath Dash Cam video – media filed under R19(c) to be filed using Media Upload – pending approval from Court |
| 2 | Jenuwine Unredacted Autopsy Report – TO BE FILED UNDER SEAL – pending approval from Court |
| 3 | Transcript of Deputy Heath Dash Cam video |