**EXHIBIT 1**

# EXHIBIT 1

# DEPUTY HEATH DASHCAM VIDEO TO BE FILED USING MEDIA FILE UPLOAD