**EXHIBIT 2**

# EXHIBIT 2
# AUTOPSY REPORT
# TO BE FILED
# UNDER SEALED
# DOCUMENTS