UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF JOHN JENUWINE, deceased, by LARRY JENUWINE, Personal Representative,

Plaintiff,

v.

WASHTENAW COUNTY, DEPUTY JACOB CUSO, individually; DEPUTY VON HEATH, individually; DEPUTY GABRIEL BECHTOL, individually; DEPUTY JACOB GOMBOS, individually; DEPUTY JONATHAN EARLEY, individually; SERGEANT THOMAS PENNINGTON, individually; DEPUTY BRYAN TRIPP, individually; and SERGEANT SAMUEL WALLACE, individually,

Defendants.

Case No. 5:26-cv-11937

Hon. Matthew F. Leitman

---

# TRANSCRIPT OF DEPUTY HEATH DASH CAM

### Transcript – Heath Dash Cam

| Time | Speaker | Transcript |
|---|---|---|
| 00:35 | Deputy Heath | I'm behind him, no plate on a Nissan transit van. We're behind the building at the corner of Prospect and Michigan. Driving with no lights on. Coming back out to Prospect right now, south of Michigan. |
| 00:45 | Dispatch | Clear. Emergency traffic on Metro East. |
| 00:52 | Deputy Heath | [*unintelligible*] we're going southbound Prospect, past the [*unintelligible*]. There's a paper plate in the rear window. |
| 01:00 | Dispatch | Southbound. |

| Time | Speaker | Transcript |
|---|---|---|
| 01:03 | Deputy (unknown) | We’re going to Prospect. We're going to try for ya. |
| 01:07 | Deputy Heath | I'm clear. [*unintelligible*] We're at 28 South Prospect. White male driver is yelling out the window in the parking lot. |
| 01:16 | Dispatch | Clear. 28 South Prospect. |
| 01:20 | Deputy Heath | Circling back around, coming back out to Prospect, northbound, towards Michigan. |
| 01:28 | Dispatch | Northbound Prospect towards Michigan. |
| 01:30 | Deputy Heath | Nope, stay in the vehicle, stay in the vehicle. Stay in the vehicle! |
| 01:38 | Deputy Heath | Trying to reverse into us right now. |
| 01:40 | Dispatch | Clear. Trying to reverse into PD. |
| 01:50 | Deputy (unknown) | Flipping around, southbound Prospect. Southbound Prospect. |
| 01:53 | Dispatch | Southbound Prospect. |
| 02:09 | Deputy Heath | Still Southbound Prospect. No lights on. Swerving back and forth and stopping in the middle of the road. Coming up to Davis and putting it in reverse. Coming back at us. |
| 02:20 | Dispatch | Southbound Prospect. Approaching Davis. Reversing at PD again. |
| 02:28 | Deputy (unknown) | He’s going to ram us! |
| 02:30 | Dispatch. | Clear. Trying to ram you. |
| 02:35 | Deputy Heath | Back Southbound, moving again. Coming up to Davis. Speeds are 55 and climbing, no traffic, no peds. Through the light and swerving. |
| 02:48 | Deputy (unknown) | [*unintelligible*] we've got good FA at this point. Southbound Prospect, through Maus, speeds 70, no traffic, no peds. |
| 02:55 | Dispatch | No traffic, no peds, southbound. |
| 02:57 | Deputy Heath | Be careful. |
| 03:01 | Deputy (unknown) | He's going into the park at Grove and Tyler. Off-roading, still eastbound. |
| 03:10 | Dispatch | Still eastbound, off-roading. |
| 03:12 | Deputy Heath | Also just occupied by one white male |
| 03:15 | Dispatch | Occupied by one while male |
| 03:22 | Deputy (unknown) | Yelling at us through the window. We're back northbound Grove. Wrong way. Coming up to Maus. One car on the road, speeds 60. |
| 03:34 | Dispatch | Clear. 60. |
| 03:34 | Deputy (unknown) | [*unintelligible*] |
| 03:35 | Dispatch | [*unintelligible*] |
| 03:40 | Deputy (unknown) | [*unintelligible*] Northbound Grove, approaching Michigan. Speeds are 61, no traffic, no peds. All over the roads. Lights are still off. |
| 03:52 | Dispatch | [*unintelligible*] |

| Time | Speaker | Transcript |
|---|---|---|
| 03:52 | Deputy (unknown) | Speeds are just 40. We're northbound Grove, approaching Michigan. One car on the road, no peds. |
| 04:01 | Dispatch | One car on the road. Approaching Michigan. |
| 04:07 | Deputy (unknown) | Westbound South from Grove. Speeds 25, no traffic, no peds. |
| 04:13 | Deputy (unknown) | Northbound Farmer from South. Speeds 17, no traffic, no peds. Taking a westbound turn onto Carson Street from Farmer. |
| 04:25 | Dispatch | Westbound Carson. |
| 04:29 | Deputy (unknown) | Southbound Park from Carson. Speeds are 15, no traffic, no peds. Going Eastbound South street. |
| 04:40 | Dispatch | Eastbound South Street. |
| 04:44 | Deputy Heath | Just about rammed a YPD car. |
| 04:46 | Dispatch | Almost rammed 211. |
| 04:52 | Deputy (unknown) | Southbound Grove from South, no traffic, no peds. [*multiple voices*] Speeds 20. |
| 04:59 | Dispatch | 10-4 |
| 05:05 | Deputy (unknown) | [*unintelligible*] do you want me to call secondary for the dog? |
| 05:10 | Deputy Heath | Do you want to try and get up here? Just keep a little distance in case he reverses again at us. |
| 05:17 | Deputy (unknown) | He’s a heavy set white male, I don't think he's going to get very far. |
| 05:20 | Deputy (unknown) | Stand by. |
| 05:27 | Deputy (unknown) | Southbound Maus through Prospect. Speeds 35, no traffic, no peds. |
| 05:35 | Deputy Heath | Just had to run 621 off the road as well. |
| 05:39 | Dispatch | Clear, 621 off the road. |
| 05:41 | Deputy (unknown) | Still eastbound Maus, coming up to Emerick. Speeds 50, no traffic, no peds. Northbound Emerick from Maus. |
| 05:52 | Dispatch | Northbound Emerick from Maus. |
| 05:55 | Deputy Heath | Units behind me, just make sure you give me a little space in case he reverses again. |
| 06:03 | Deputy (unknown) | We are westbound Ecorse from Emerick. No traffic, no peds, lights are off, wrong lane of travel. |
| 06:13 | Dispatch | Westbound Ecorse. |
| 06:14 | Deputy (unknown) | Wants to try and cut ahead of us and get some sticks. |
| 06:17 | Deputy (unknown) | I say negative on the sticks, he's going to try to hit somebody on foot. |
| 06:22 | Deputy (unknown) | Fair point, good thinking. Eastbound Ecorse through [*unintelligible*] speeds 25, no traffic, no peds. |

| Time | Speaker | Transcript |
|---|---|---|
| 06:27 | Dispatch | Eastbound Ecorse. Eastbound Ecorse. |
| 06:30 | Deputy (unknown) | [*unintelligible*] clear he's trying to hit us |
| 06:40 | Deputy (unknown) | Into the Dollar General parking lot. Dollar General parking lot. |
| 06:44 | Dispatch | Dollar General parking lot |
| 07:00 | Deputy (unknown) | Rolling to a stop. Alright, eastbound Ecorse. He's swerving around all the cops here on the road. Slamming on his brakes. |
| 07:08 | Dispatch | Clear [*unintelligible*] |
| 07:13 | Deputy (unknown) | Northbound Emerick pulling into the R&L parking lot area. This is a dead end. |
| 07:19 | Dispatch | Northbound Emerick pulling into R&L, it's a dead end. |
| 07:25 | Deputy (unknown) | He's rolling all the way to the northbound end of the dead end, in the woods. |
| 07:31 | Dispatch | Into the woods. Northbound end. |
| 07:40 | Deputy Heath | Be careful. |
| 07:41 | Deputy (unknown) | Behind a business here, on the west end of the road. I believe he can't get out, there should be a fence on Emerick. |
| 07:51 | Dispatch | [*unintelligible*] 621, try to get sticks back on Ecorse, it's where he's got to go back out. |
| 07:56 | Deputy (unknown) | The fence is open of course, eastbound Ecorse. |
| 08:00 | Dispatch | Okay, eastbound. |
| 08:09 | Deputy (unknown) | 26, YPD unit can you just go behind us please? Thank you. Eastbound Ecorse, through Ford, speeds 50 |
| 08:20 | Dispatch | Eastbound Ecorse through Ford. |
| 08:28 | Deputy (unknown) | Still Eastbound, speeds 30. Light traffic, no pedestrians. |
| 08:35 | Dispatch | Still Eastbound. |
| 08:36 | Deputy (unknown) | Southbound Emerick from Ecorse. 26. No traffic, no peds. |
| 08:40 | Dispatch | Southbound. |
| 08:47 | Deputy (unknown) | Westbound Maus from Emerick, speeds 25, no traffic, no peds. [*unintelligible*] Lights are still off. |
| 08:55 | Dispatch | Westbound Maus. |
| 08:56 | Deputy Heath | Your camera's on, correct? |
| 08:57 | Deputy (unknown) | Yes. |
| 08:58 | Deputy Heath | Ok. |
| 09:02 | Deputy (unknown) | Westbound Maus, approaching Prospect, speeds 40, no traffic, no peds. |
| 09:07 | Dispatch | Westbound Maus. |

| Time | Speaker | Transcript |
|---|---|---|
| 09:14 | Deputy (unknown) | Flipping a U-turn, going back eastbound Maus. No traffic, no peds. |
| 09:22 | Dispatch | Eastbound on Maus. |
| 09:31 | Deputy (unknown) | Eastbound Maus, coming up to Emerick, speeds 35, no traffic, no peds. |
| 09:36 | Dispatch | Eastbound Maus, approaching Emerick. |
| 09:46 | Deputy (unknown) | Eastbound Maus, through Emerick, no traffic, no peds, speeds at 30. |
| 09:53 | Dispatch | Still eastbound. |
| 09:54 | Deputy (unknown) | Eastbound Ecorse from Maus, no traffic, no peds, speeds are 25. |
| 10:02 | Dispatch | Eastbound Ecorse. |
| 10:13 | Deputy (unknown) | Eastbound Ecorse, through Oaklawn, middle lane of travel, speeds 27, no traffic, no peds. |
| 10:23 | Dispatch | Eastbound Ecorse. |
| 10:25 | Unknown | Watch your arm, watch your arm. |
| 10:26 | Deputy (unknown) | No, he's probably going to turn around here. Yep, turning around, coming back onto Oaklawn. Southbound Oaklawn. |
| 10:32 | Dispatch | Southbound Oaklawn. |
| 10:34 | Deputy (unknown) | YPD, please, please stop. Please. |
| 10:39 | Deputy (unknown) | Southbound Oaklawn, through Auburndale, speeds 38, no traffic, no peds. [*multiple voices*]. |
| 10:45 | Dispatch | Southbound Oaklawn |
| 10:46 | Deputy (unknown) | Southbound Ottawa from Oaklawn, no peds, speeds 15 |
| 10:53 | Dispatch | Eastbound Ottawa. |
| 11:01 | Deputy (unknown) | Northbound Montreal, from Ottawa, speeds 20, no traffic, no peds. |
| 11:03 | Dispatch | Northbound Montreal. |
| 11:13 | Deputy (unknown) | Westbound Auburndale, from Montreal, speeds 20, no traffic, no peds. |
| 11:19 | Dispatch | Westbound Auburndale. |
| 11:29 | Deputy (unknown) | Northbound Emerick, from Auburndale, no traffic, no peds, speeds 20. |
| 11:35 | Dispatch | Northbound Emerick |
| 11:36 | Deputy (unknown) | The school, called Emmerich Elementary, westbound. |
| 11:41 | Dispatch | Westbound Ecorse. |
| 11:46 | Deputy (unknown) | Southbound through the parking lot, slamming on his brakes. Reversing. |
| 11:53 | Dispatch | Southbound through the parking lot. Reversing. |

| Time | Speaker | Transcript |
|---|---|---|
| 12:10 | Deputy (unknown) | 2-6, he's been rammed, the airbag's deployed. Southbound, coming up to Tyler. |
| 12:17 | Dispatch? | Clear, airbag deployment, southbound. |
| 12:21 | Deputy Gombos | For the tape it was my patrol vehicle that rammed him, we are all okay in my car. |
| 12:28 | Dispatch? | Clear, no injuries. |
| 12:30 | Deputy (unknown) | He's having some mechanical issues here, westbound Tyler, approaching Grove, speeds 35. No traffic, no peds. |
| 12:40 | Dispatch | Clear, approaching Grove, from Tyler. |
| 12:46 | Deputy (unknown) | Northbound Prospect, approaching Maus, speeds 40, no traffic, no peds. |
| 12:54 | Dispatch | Northbound Prospect. |
| 12:55 | Deputy Gombos | 2-9-4, I'm going to take primary and finish this. |
| 12:58 | Dispatch | 10-4 |
| 13:04 | Deputy (unknown) | Clear [*unintelligible*] go ahead. |
| 13:22 | Deputy Heath | Still northbound Prospect, passing Towner. And crash, crash, crash at Towner, and roll. |
| 13:30 | Dispatch | Crash at Towner. Clear, Prospect and Towner. |
| 13:37 | Unknown Deputy | Gun! |
| 13:38 | Unknown Deputy | Gun! Gun! Gun! Gun! Gun! |
| 13:44 | Unknown Deputy | Shots fired! |
| 13:47 | Unknown Deputy | Shots fired! Shots fired! |
| 13:50 | Unknown Deputy | Shots fired, 2-0-7. |
| 13:54 | Unknown Deputy | Everybody watch crossfire, somebody shut down Prospect right there. |
| 14:00 | Unknown Deputy | [*unintelligible*] stay right there. |
| 14:04 | Unknown Deputy | Eyes on him, he’s moving around a little bit. |
| 14:06 | Unknown Deputy | Armed with a shotgun. |
| 14:07 | Dispatch | Armed with a shotgun. |
| 14:11 | Unknown Deputy | 2-9-4, just for the tape, shots fired by police. |
| 14:13 | Dispatch | I'm clear on it. |

| Time | Speaker | Transcript |
|---|---|---|
| 14:20 | Unknown Deputy | [*unintelligible*] |
| 14:22 | Unknown Deputy | 10-4, we're going to keep eyes on it, but we're just going to treat it like a barricade at this point. |
| 14:29 | Dispatch | I'm clear. 2-14, can you make it down to Prospect and Mildred, close it down from the south. 2-11, keep it closed from Michigan. |
| 14:40 | Unknown Deputy | [*Unintelligible*] |
| 14:45 | Dispatch | Clear. 2-9-4, go ahead. |
| 14:49 | Dispatch | Anybody aware if he was hit by the shots? |
| 14:56 | Unknown Deputy | Yeah, probably. |
| 14:58 | Dispatch | I'm clear. |